# Order

Michigan Supreme Court
Lansing, Michigan

March 28, 2008

135812

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

IN RE STEVEN ZIMMERMAN, a/k/a
THOMAS LUJAN JOHNSON, Minor.
_____

SHANE EDWARD JOHNSON, and
PATRICIA JOHNSON,
            Petitioners,

and

KASSANDRA ZIMMERMAN,
            Petitioner-Appellant,

v

SC: 135812
COA: 279696
Ottawa CC Fam Div:
      07-057516-AD

SHAUN ALAN BYRON, a/k/a
SHAWN ALAN BYRON,
            Respondent-Appellee.
_____/

On order of the Court, the application for leave to appeal the January 3, 2008 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we VACATE that portion of the Court of Appeals judgment addressing "The Grant of Immediate Custody to Byron [respondent]," and we REMAND this case to the Ottawa Circuit Court Family Division. The Court of Appeals erred in reviewing the circuit court's order as one that gave respondent *custody* of the minor child. Instead, the circuit court ruled that it was awarding "temporary *placement*" of the child with respondent and further urged the parties to act quickly to settle the custody issue. We AFFIRM that ruling and DIRECT that court to resolve the custody dispute in an expeditious manner, if that has not already occurred. In all other respects, the Court of Appeals judgment is affirmed.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2008

_____
Clerk

l0325